Name (Bar No.): Mark A. Wagner (UT 06353)
Firm: Seyfarth Shaw LLP
Address: 975 F St. N.W. Washington, DC 20004
Telephone: (415) 732-1152
Email: mawagner@seyfarth.com

*Attorney(s) for* Plaintiff Bill.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Bill.com, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Danielle Cox, <br><br> Defendant. | MOTION FOR PRO HAC VICE ADMISSION <br><br> CASE NO: 23-cv-26 |

I move for the pro hac vice admission of Kevin J. Mahoney (Applicant) as counsel for plaintiff Bill.com, LLC, and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that the Applicant:

| ✔ | is not a member of the Utah State Bar. |
| ✔ | does not maintain a law office in Utah. |
| ✔ | has not been admitted pro hac vice in any case in this district in the previous 5 years. |

If the Applicant has been admitted pro hac vice in other cases in this district during the previous 5 years, please complete the following section(s):

In the previous 5 years, the Applicant has been admitted pro hac vice in the following cases in this district (include case name and number):

_____
_____
_____

If the Applicant has been admitted pro hac vice in more than 3 unrelated cases in the previous 5 years, the Applicant offers the following reason(s) for failing to seek admission to the Utah State Bar:

_____
_____
_____

DATED: January 12, 2023_____.

/s/ Mark A. Wagner
_____
Signature