

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Mark A. Wagner |
| Firm: | Seyfarth Shaw LLP |
| Address: | 975 F St., N.W. |
| | Washington, D.C. 20004 |
| | |
| Telephone: | (415) 732-1152 |
| Email: | mawagner@seyfarth.com |
| | |
| Pro Hac Vice Applicant: | Kevin J. Mahoney |
| Firm: | Seyfarth Shaw LLP |
| Address: | 233 S. Wacker Drive, Suite 8000 |
| | Chicago, IL  60606 |
| | |
| Telephone: | (312) 460-5000 |
| Email: | kmahoney@seyfarth.com |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Supreme Court of Illinois | 6299398 | November 5, 2009 |
| U.S.D.C. Northern District of Illinois | 6299398 | October 7, 2010 |
| U.S.D.C. Western District of Michigan | 6299398 | March 20, 2017 |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

|  |
|---|
|  |

**LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH**

| Case Name | Case Number | Date of Admission |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

____/s/ Kevin J. Mahoney_____     ____January 12, 2023_____
Signature                                                                                                   Date