IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| _____Bill.com, LLC_____, <br><br>                    Plaintiff, <br><br> v. <br><br> _____Danielle Cox_____, <br><br>                    Defendant. | ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION <br><br> CASE NO: 23-cv-26 |

   Before the court is Local Counsel's Motion for Pro Hac Vice Admission of

__Kevin J. Mahoney_____. Based on the motion and for good cause appearing,

   **IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.

DATED this ____ day of _____, 20_____.

                                                            BY THE COURT:

                                                            _____
                                                            Name
                                                            Title